UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:12-CV-00363-LRH-WGC |
| Plaintiff, | ) | |
| v. | ) | MINUTE ORDER |
| $73,982.00 IN UNITED STATES CURRENCY, | ) | September 26, 2013 |
| Defendant. | ) | |

PRESENT:  <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  <u>NONE APPEARING</u>    REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):   <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):   <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS**:

Before the court is Plaintiff's Motion to Strike Clerk's Entry of Default Due to Clerical Error, and Motion to Withdraw Motion for Default Judgment of Forfeiture Due to Clerical Error (#13)[1]. Good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion to Strike Clerk's Entry of Default Due to Clerical Error, and Motion to Withdraw Motion for Default Judgment of Forfeiture Due to Clerical Error (#13) is GRANTED. The Clerk of the Court shall STRIKE the Entry of Default Judgment (#11) and detach and file #13-4, default judgment against (1) the $73,982.00 in United States currency; (2) Monica Renee Porter; and (3) all other persons and entities having an interest in the defendant property (#13-4).

IT IS FURTHER ORDERED that the Motion for Default Judgment (#12) is WITHDRAWN.

IT IS SO ORDERED.                LANCE S. WILSON, CLERK

By:    /s/
    Deputy Clerk

---

[1] Refers to court's docket number.